BROOKLYN EL. R. CO., Respondent, v. BROOKLYN, B. & W. E. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1897.) Action by the Brooklyn Elevated Railroad Company against the Brooklyn, Bath & West End Railroad Company, the Atlantic Avenue Railroad Company, and the Nassau Electric Railroad Company. Motion to postpone cause granted, on condition that within three days the de-

fendants give the plaintiff additional security in the sum of $10,000, of the same nature and to the same effect as that heretofore prescribed as the condition for staying the injunction pending appeal, and pay the respondent $10 costs of this motion; and, on failure· to comply with said terms, the motion is denied, with $10 costs.